UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASY LANBROCK (A# 200-476-343),

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-07102 DC SCR

FINDINGS & RECOMMENDATIONS

Petitioner, a federal immigration detainee at the time he initiated this action, is proceeding with a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. This matter was referred to the undersigned by operation of Local Rule 302 and 28 U.S.C. § 636(b)(1).

Respondent has provided notice that Petitioner was released on a $7,500 bond on October 23, 2026. ECF Nos. 17, 20. Respondent has not moved to dismiss the action as moot. Nevertheless, federal courts "have an independent duty to consider" mootness sua sponte. Demery v. Arpaio, 378 F.3d 1020, 1025 (9th Cir. 2004). Accordingly, the undersigned finds that Petitioner's release on bond moots his pending challenge to his immigration detention. See Abdala v. I.N.S., 488 F.3d 1061, 1064-65 (9th Cir. 2007) (noting that a petitioner's release from detention "moot[ed] his challenge to the legality of his extended detention.'" (quoting Riley v. INS, 310 F.3d 1253, 1256-57 (10th Cir. 2002))). As a result, the undersigned recommends that the petition be dismissed as moot.

Accordingly, IT IS HEREBY RECOMMENDED that Petitioner's application for a writ of habeas corpus (ECF No. 1) be dismissed as moot based on petitioner's release from immigration detention on bond.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE